Anthony Thomas **CHERNETSKY,**
Petitioner—Appellant,

v.

**Frankie Sue DEL PAPA; et al.,**
Respondents—Appellees.

No. 03–16137.

United States Court of Appeals,
Ninth Circuit.

Submitted July 12, 2005.*

Decided July 14, 2005.

Paul G. Turner, Esq., John C. Lambrose, Esq., Federal Public Defender's Office, Las Vegas, NV, for Petitioner–Appellant.

Victor H. Schulze, Office of the Nevada Attorney General, Las Vegas, NV, for Respondents–Appellees.

Before: SILVERMAN, WARDLAW, and CLIFTON, Circuit Judges.

MEMORANDUM **

Anthony Chernetsky appeals the district court's denial of his § 2254 habeas petition

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

challenging his Nevada murder conviction and sentence. We have jurisdiction pursuant to 28 U.S.C. § 2253. The sole issue contained in the COA is whether appellant was entitled to a stay to exhaust his claim as he requested. We reverse and remand for reconsideration of the stay request in light of *Rhines v. Weber*, — U.S. —, 125 S.Ct. 1528, 161 L.Ed.2d 440 (2005). *See Cassett v. Stewart*, 406 F.3d 614, 625 (9th Cir.2005).

REVERSED AND REMANDED.

---

* The Honorable Kevin Thomas Duffy, Senior U.S. District Judge for Southern New York, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.